IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02052-RPM-BNB

JOEL STEVERSON,

    Plaintiff,

v.

ARAGON AGENCY, INC.,

    Defendant.
_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [18] filed today, it is

ORDERED that this action is dismissed, without costs to any party.

DATED: November 30th, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge